IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Q4 GROUP, LLC | ) | Case No. 12-49289 |
| | ) | |
| Debtor(s). | ) | Honorable Judge Donald Cassling |

## ORDER
## MOTION FOR ENTRY OF INTERIM ORDER APPROVING USE OF CASH COLLATERAL AND TO SET HEARING FOR FINAL AUTHORIZATION TO USE CASH COLLATERAL

THIS CAUSE COMING to be heard on the Debtor's Motion for Entry of Interim Order Approving use of Cash Collateral and to set hearing for final authorization to use Cash Collateral, which was entered on December 21, 2012 due notice having been given to all parties entitled thereto, and the Court having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. That the Debtor(s) Motion is granted.

2. This matter be continued for hearing.

ENTERED:

_____
Honorable Judge Donald Cassling

**DEER, STONE & MAYA, P.C.**
130 S. Jefferson Street, Suite 370
Chicago, Illinois 60661
Tel:   312.782-7790
Fax:  312.782-7789

1